**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7779**

EDDIE INGRAM,

Plaintiff - Appellant,

versus

SERGEANT GRIFFIN, Shift Commander;
CORRECTIONAL OFFICER KEPLER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Walter D. Kelley, Jr., District
Judge.  (CA-05-622-2)

Submitted:  February 14, 2007        Decided:  March 2, 2007

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eddie Ingram, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Ingram appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record, considered the Supreme Court's recent decision in <u>Jones v. Bock</u>, Nos. 05-7058/05-7142, 2007 WL 135890 (2007), and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ingram v. Griffin</u>, No. CA-05-622-2 (E.D. Va. Oct. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>